UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ANGEL SANTOS,**<br>             Petitioner,<br><br>v.<br><br>**COMMONWEALTH OF MASSACHUSETTS,**<br>             Respondent. | )<br>)<br>)<br>)<br>)  Civil Action No.<br>)  20-11483-IT<br>)<br>)<br>)<br>)<br>) |

**ORDER**
August 12, 2020

**TALWANI, D.J.**

The court's records indicate that in *Santos v. Commonwealth*, No. 20-11095-FDS, the court directed Angel Santos, an inmate in custody at the Old Colony Correctional Center, that if he wished to proceed with his action, he was required to file a completed habeas petition, including case number 20-11095-FDS on the petition, accompanied by the $5 filing fee or a fee-waiver application. On August 5, 2020, Santos filed a *pro se* Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus [#1]. Santos failed to include the case number on the petition, and as a result, the clerk opened a second action rather than file the petition in the already pending action.

Accordingly, this second action is dismissed without prejudice and the clerk shall enter Santos' Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus [#1] on the docket of *Santos v. Commonwealth*, No. 20-11095-FDS (pending) with a filing date of August 5, 2020.

**So ordered.**

                                                                /s/ Indira Talwani
                                                                United States District Judge